7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Felicia Lee Wilson
*Debtor*

*Bankruptcy Case No.*
16–40552–drd7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
16–04037–drd

v.

**Felicia Lee Wilson**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The balance(s) outstanding on the determination(s) included in this Complaint on 3/4/2016 (the date of filing of the underlying lead bankruptcy matter Case No. 16–40552) though lawful efforts have been made to obtain recovery is, as to the Examiners Determination (Exhibits A & B) made and entered on 7/7/2015, establishing an overpayment in the amount of $3555, the balance on such filing date was $3,853.62 (which consists of principal in the amount of $2844.00, penalty in the amount of $711.00 and interest in the amount of $298.62) as a part of defendant debtors UIOP account pursuant to such determination. Pursuant to 11 U.S.C. 523(c)(1), the indebtedness by Defendant to KDoL, including statutory penalties pursuant to K.S.A. 44–706(g) and –719(a) and interest pursuant to K.S.A. 44–719(d)(2) and further accruing, is exempted from discharge pursuant to 11 U.S.C. Section 523(a)(2) and 11 U.S.C. 727, that costs herein be assessed against Defendant.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
   Deputy Clerk



Date of issuance: 5/10/16

Court to serve